IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00196-D

UNITED STATES OF AMERICA :
:
v. :
:
MICHAEL ANTHONY LOCKLEAR :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on August 20, 2020, and the defendant's guilty plea to offenses in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 924(c)(1)(A), the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1), to wit:

(a) $6,685.00 in U. S. Currency;

(b) A 9mm Taurus handgun bearing serial number TMC15346;

(c) A .25 caliber F.I.E. Corp. pistol bearing serial number G62884;

(d) A 12 gauge Benelli shotgun bearing serial number V892697U17;

(e) A .410 gauge New England Firearms shotgun bearing serial number 327595;

(f) A 9mm Taurus handgun bearing serial number TFR03921;

(g) A 12 gauge Smith and Wesson model 916-A shotgun bearing serial number 6B3865;

1

(h) A 12 gauge Remington Arms Model 870 shotgun bearing serial number B461358M;

(i) A 12 gauge Mossberg Model 535 shotgun bearing serial number AT172835;

(j) A Winchester Model 234 rifle bearing serial number J123120;

(k) A .38 caliber Taurus revolver bearing serial number 566200; and

(l) Any and all ammunition.

AND WHEREAS, by virtue of said guilty plea and the defendant's agreement therein, the United States is now entitled to entry of a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(2); and to seize the specific property subject to forfeiture, to conduct any discovery the Court considers proper in identifying, locating, or disposing of the property, and to commence proceedings that comply with any statutes governing third-party rights, as provided by Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the plea of guilty by the defendant, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n).

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R.

Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED, this 4 day of December, 2020.

JAMES C. DEVER III
United States District Judge